UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61532-CIV-DAMIAN

PEDRO ESTEBAN TAX TAX,

     Petitioner,

v.

WARDEN, BROWARD TRANSITIONAL
CENTER, *et al.*,

     Respondents.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Respondents' Notice of Compliance ("Notice") [ECF No. 8], filed on July 17, 2026. In the Notice, the Respondents indicate that on July 9, 2026, a bond hearing was conducted and that Petitioner was denied a bond on the basis that the Immigration Judge found Petitioner to be a flight risk. It appears that the issue upon which the initial Petition for Writ of *Habeas Corpus* [ECF No. 1] was predicated has been resolved, and no further matters relating to the Petition remain for this Court's review and adjudication. In light of the foregoing, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** and shall remain **CLOSED**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 28th day of July, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**